# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**909**

**CAF 12-01142**

PRESENT: SMITH, J.P., CARNI, SCONIERS, AND VALENTINO, JJ.

---

IN THE MATTER OF KAYDEN M.B.

---------------------------------------------------

JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES,      MEMORANDUM AND ORDER
PETITIONER-RESPONDENT;

STORMIE A.G., RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

CHARLES J. GREENBERG, AMHERST, FOR RESPONDENT-APPELLANT.

DEBORAH R. GARDINER, WATERTOWN, FOR PETITIONER-RESPONDENT.

LISA WELDON, ATTORNEY FOR THE CHILD, WATERTOWN.

----------------------------------------------------------------------------------

    Appeal from an order of the Family Court, Jefferson County
(Richard V. Hunt, J.), entered May 25, 2012 in a proceeding pursuant
to Family Court Act article 10.  The order determined that respondent
had neglected her child.

    It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

    Same Memorandum as in *Matter of Alazaya I.B.* (*Stormie A.G.*)
([appeal No. 1] ___ AD3d ___ [Sept. 27, 2013]).

Entered:  September 27, 2013                    Frances E. Cafarell
                                               Clerk of the Court